IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

Filed at 9:00 A M
6-16, 2005
Dietlinde Dial
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA } | MAGISTRATE NO. 5:05-MJ-06-10 |
| } | |
| vs } | VIOLATION: 18 U.S.C., |
| } | Section 641 |
| ROBERT D. ARMSTRONG } | |

**THE UNITED STATES ATTORNEY CHARGES:**

That on or about June 1, 2005, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia, ROBERT D. ARMSTRONG, did, with the intent to steal, purloin, or convert to his own use, take merchandise belonging to the Army Air Force Exchange, to include a clothing, sunscreen, toothpaste and batteries of a total value of less than $1,000.00, in violation of Title 18 of the United States Code, Section 641.

MAXWELL WOOD
United States Attorney

*[signature]*

DIETLINDE A. DIAL
Special Assistant U.S. Attorney

DATE: 10 June 2005